01

02

03

04

05          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
06                  AT SEATTLE

07  UNITED STATES OF AMERICA,          )    CASE NO. MJ14-284
                                       )
08          Plaintiff,                 )
                                       )
09          v.                         )    DETENTION ORDER
                                       )
10  WILDER ARMANDO CORTAVE,            )
                                       )
11          Defendant.                 )
                                       )
    _____)

12

13  Offense charged:

14  Possession of Methamphetamine with Intent to Distribute

15  Date of Detention Hearing:    July 15, 2014.

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth,

18  finds that no condition or combination of conditions which defendant can meet will

19  reasonably assure the appearance of defendant as required and the safety of other persons and

20  the community.

21

22

DETENTION ORDER
PAGE -1

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Booking records indicate that defendant was born in Guatemala.

(2)   The United States alleges that his presence in this country is illegal.  There is an immigration detainer pending against him.  If this court were to order him released on conditions on these charges, he would transfer into immigration custody.  The issue of detention is therefore essentially moot.

(3)   In light of that detainer, defendant and his counsel did not contest the issue of detention.

(4)   Upon advice of counsel, defendant declined to be interviewed by this court's pretrial services officer.  This limited the information available to the court as to his background and his eligibility for release.

(5)   The court concurs in the recommendation of the Pretrial Services Office that defendant be detained.

(6)   If the immigration detainer were removed, or if there is other new information which meets the standard of 18 USC ¶3142(f), defendant may move to reopen the detention issue.

DETENTION ORDER
PAGE -2

01   It is therefore ORDERED:

02       1.  Defendant shall be detained pending trial and committed to the custody of the

03          Attorney General for confinement in a correction facility separate, to the extent

04          practicable, from persons awaiting or serving sentences or being held in custody

05          pending appeal;

06       2.  Defendant shall be afforded reasonable opportunity for private consultation with

07          counsel;

08       3.  On order of the United States or on request of an attorney for the Government, the

09          person in charge of the corrections facility in which defendant is confined shall deliver

10          the defendant to a United States Marshal for the purpose of an appearance in

11          connection with a court proceeding; and

12       4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

13          for the defendant, to the United States Marshal, and to the United States Pretrial

14          Services Officer.

15       DATED this _15_ day of July, 2014.

16

17                            John L. Weinberg

18                            United States Magistrate Judge

19

20

21

22

DETENTION ORDER
PAGE -3